IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW DRISKEL,

        Plaintiff,                No. CIV S-06-1140 FCD KJM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.         ORDER

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of December 4, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's December 18, 2006 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: January 9, 2007.

                                U.S. MAGISTRATE JUDGE

/mp
dris1140.36