1

2

3

4

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANDREW DRISKEL,

11          Plaintiff,                    No. CIV S-06-1140 FCD KJM P

12      vs.

13   ARNOLD SCHWARZENEGGER, et al.,

14          Defendants.          FINDINGS & RECOMMENDATIONS

15   _____/

16          By order filed April 9, 2007, plaintiff's amended complaint was dismissed and

17   thirty days leave to file a second amended complaint was granted.  The thirty day period has now

18   expired, and plaintiff has not filed a second amended complaint or otherwise responded to the

19   court's order.

20          Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

21   without prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

22          These findings and recommendations are submitted to the United States District

23   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

24   days after being served with these findings and recommendations, plaintiff may file written

25   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

26   Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

1    specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

2    F.2d 1153 (9th Cir. 1991).

3    DATED:  June 20, 2007.

4    _____

5    U.S. MAGISTRATE JUDGE

6    dris1140.fta

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26